DISTRICT JUDGE JOHN C. COUGHENOUR
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RODNEY L. GARROTT,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　　Respondent. | NO. C06-1475-JCC-MAT<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER PETITION<br><br>(~~PROPOSED~~) |

The Court, having reviewed Defendant's Motion for Extension of Time to Answer Petition and the remaining record; does hereby find and **ORDER**:

1. Defendant's Motion for Extension of Time to Answer Petition is **GRANTED**.

2. Defendant's Answer is due on or before February 28, 2007.

3. The Clerk of the Court is instructed to send uncertified copies of this Order to the Plaintiff and counsel for the Defendant.

DATED this 20th day of February, 2007.

　　　　　　　　　　　　　s/ Mary Alice Theiler
　　　　　　　　　　　　　United States Magistrate Judge

Presented By:
ROBERT M. MCKENNA
Attorney General

/s/Ronda D. Larson
RONDA D. LARSON, WSBA #31833
Assistant Attorney General

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER PETITION (~~PROPOSED~~) NO. 06-1475-JCC-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445